UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY ANTONIO WRIGHT,

    Plaintiff,

v.

CONMED HEALTHCARE MANAGEMENT, INC.,

    Defendant.

CASE NO. C16-5033 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 8. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Plaintiff has failed to state a cognizable claim pursuant to 42 U.S.C. § 1983.

This case is **DISMISSED without prejudice**.

Dated this 18th day April, 2016.

BENJAMIN H. SETTLE
United States District Judge

ORDER