## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY ANTONIO WRIGHT,<br><br>                Plaintiff,<br><br>    v.<br><br>CONMED HEALTHCARE MANAGEMENT, INC.,<br><br>                Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C16-5033 BHS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court does hereby find and order as follows:

1. The R&R is **ADOPTED;** and

2. Plaintiff has failed to state a cognizable claim pursuant to 42 U.S.C. § 1983.

    This case is **DISMISSED without prejudice**.

Dated this 19th day of April, 2016.

                                                  William M. McCool
                                                  Clerk

                                                *s/Gayle M. Riekena*
                                                Deputy Clerk